FILE COPY



## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 22, 2015

Ray Winn
700 Waco Road, Apt. 2
Belton, TX 76513

Sally Lawson
P. O. Box 561
Belton, TX 76513

**RE:**   Case Number:  07-15-00140-CV
Trial Court Case Number: 74271

**Style:** Ray Winn v. Sally Lawson

Dear Mr. Winn and Ms. Lawson:

The Court this day issued an opinion, judgment and mandate in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Jeanne Parker (DELIVERED VIA E-MAIL)
Shelley Coston (DELIVERED VIA E-MAIL)
Terry Johnston (DELIVERED VIA E-MAIL)